## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAWANA PRUNTY,    :
 Plaintiff,     :
         :
 v.       :  CIVIL ACTION NO. 18-cv-04237
         :
COMMISSIONER OF   :
SOCIAL SECURITY,   :
 Defendant.    :

## O R D E R

  **AND NOW** this 4th day of February, 2019, upon consideration of the parties'

submissions, it is

## ORDERED

As follows:

1. The Commissioner of Social Security's Motion to Dismiss (Doc. No. 14) is

 **GRANTED** under Federal Rule of Civil Procedure 12(b)(6).

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously,

 dismissing all claims with prejudice. See *Shalala v. Schaefer*, 509 U.S. 292, 303

 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P.

 58(a); and

3. The Clerk of Courts shall mark this case **CLOSED** for all purposes including

 statistics.


         *s/Richard A. Lloret*
        RICHARD A. LLORET
        U.S. Magistrate Judge